**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

### No. 20-7885

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

   v.

ANTONIO LAMONT NICHOLSON,

          Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:07-cr-00045-FL-1)

Submitted: April 27, 2021                    Decided: May 3, 2021

Before KEENAN, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Antonio Lamont Nicholson, Appellant Pro Se. Jennifer P. May-Parker, Assistant United States Attorney, Joshua L. Rogers, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Lamont Nicholson appeals the district court's order denying his motion for a sentence reduction under the First Step Act of 2018, Pub. L. No. 115-391, § 404, 132 Stat. 5194, 5222 ("First Step Act"). We have reviewed the record and find no reversible error. *See United States v. Jackson*, 952 F.3d 492, 502 (4th Cir. 2020) ("Even assuming . . . that a district court in a First Step Act sentence reduction proceeding has equivalent duties to a court initially sentencing a defendant, . . . [w]e are satisfied that the district court considered the parties' arguments and had a reasoned basis for exercising its own legal decisionmaking authority." (internal brackets, citations, and quotation marks omitted)). Accordingly, we deny Nicholson's motion for appointment of counsel and we affirm the district court's order. *United States v. Nicholson*, No. 5:07-cr-00045-FL-1 (E.D.N.C. Dec. 21, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*